DR# 5:14 CR-273                                        1/13/15
: "Motion to Compel"

Dear Honorable Judge Suddaby, I'm writing in reguards to a request for my case file docket number 5:14-CR-273. I've wrote several letters to my attorney Frank Policelli and haven't received a response. I have a appeal pending that I need paperwork from my case file in order to research certain facts about my case. Please can you have the courts or advise Mr. Policelli to send me my entire case file so I can perfect my appeal. I really appreciate your time and your concerns to this matter.

                                    Sincerly Yours,

                                    Willie Strong

Frank Policelli, ESQ.
Attorney at Law
10 Steuben Park
Utica, New York 13501

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 19 2016
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Syracuse

Willie Strong 21484-052
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

Mailed from
Federal Correctional Institution
Schuylkill, PA



U.S. DISTRICT COURT
LAWRENCE K. BAERMAN, CLERK
RECEIVED
JAN 19 2016



HARRISBURG PA 171
15 JAN 2016 PM 1 L

⇨21484-052⇨
Glenn L Suddaby
100 S Clinton ST
Syracuse, NY 13261-7198
United States

1326161009S