U.S. DISTRICT COURT N.D. OF N.Y.

FILED

AUG 13 2018

AT_____ O'CLOCK
John M. Domurad, Clerk - Syracuse

Court Clerk

United States District Court

Northern District of New York

100 S. Clinton St.

Syracuse, N.Y. 13261

Derrick Wilson, 21481-052

Federal Corr. Institution 2

P.O. Box 1500

Butner, N.C. 27509

August 7, 2018

Derrick Wilson v U.S., 14-cr-273

RE: In Forma Pauperis Request for Documents to Include
in Writ of Certiorari (U.S. Supreme Court)

Salutations, I respectfully request for the Court to accept
my attached application, as a in forma pauperis application to
retrieve the following court documents, relative to the
afore-mentioned case:

1. Doc. No. 100 (Text Order) please reproduce to paper

2. Doc. No. 113  "                                         "

3. Doc. No. 137  "                                         "

4. Doc. No. 221   Sept. 23, 2015 Decision and Order

5. Doc. No. 330  (Text Order) please reproduce to paper

6. Text Minute Entry for Pretrial Conference dated 10/7/15 (10/7/15)

Respectfully,

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

United States of America )
)
)
v.
Derrick Wilson )
)

5:14-cr-00273-GTS -1

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a **pro se defendant** in this case and declare that I am unable to pay the costs of these **documents** and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **Butner Federal Correctional Institution 2**
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☑ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ N/A

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*: N/A

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*: N/A

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support: N/A

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*: N/A

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date:  8 / 7 / 18

_____
*Applicant's signature*

Derrick Wilson II
*Printed name*